CLEARY, Appellant, v. R. E. DIETZ CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by George P. Cleary against the R. E. Dietz Company.
PER CURIAM. The Justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division,

Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

MERRELL, J., not sitting.